UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THERESA RITZ,

    Plaintiff,

v.                                                CASE NO. 8:20-cv-1149-T-23AAS

COASTAL TREATMENT CENTER,

    Defendant.
_____/

## ORDER

The parties announce (Doc. 18) a settlement of this action. Under Local Rule 3.08(b), this action is **DISMISSED** subject to the right of any party within sixty days (1) to submit a stipulated form of final order or judgment or (2) to move to vacate the dismissal for good cause. The clerk is directed to close the case.

ORDERED in Tampa, Florida, on July 24, 2020.

*/s/ Steven D. Merryday*
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE