UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THERESA RITZ,

    Plaintiff,

v.                                              CASE NO. 8:20-cv-1149-T-23AAS

COASTAL TREATMENT
CENTER, CLEARWATER LLC,

    Defendant.
_____/

**ORDER**

In accord with the parties' stipulation (Doc. 20), this action is **DISMISSED WITH PREJUDICE** under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure.

ORDERED in Tampa, Florida, on August 11, 2020.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE